LILLIAN KASITCH, Respondent, *v.* CITY OF ALBANY, Appellant.

HELEN P. CZYZEWSKI, Respondent, *v.* CITY OF ALBANY, Appellant.

Argued April 19, 1940; decided May 21, 1940.

*Joseph J. Casey, Corporation Counsel (George Myers* of counsel), for appellant.

*M. James Conboy* for respondents.

Orders reversed and motion denied, with costs in all courts (*Bush Terminal Co.* v. *City of New York,* 259 N. Y. 509; *Davidson* v. *City of New York,* 221 N. Y. 487), and question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.